COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Garrison Christopher McCoy v. The State of Texas

Appellate case number:    01-19-00663-CR

Trial court case number:  1397913

Trial court:              230th District Court of Harris County

Appellant's brief was originally due on January 10, 2020. Late brief notice issued on January 23, 2020, but no brief or motion for extension has been filed.

Pursuant to Rule 38.8, we **abate** this appeal and **remand** the case to the trial court for a hearing. *See* TEX. R. APP. P. 38.8(b)(2)-(3). We direct the trial court to conduct a hearing at which a representative of the Harris County District Attorney's Office and appellant shall be present.\* The trial court shall have a court reporter record the hearing. The trial court is directed to make appropriate findings on these issues:

(1)   whether appellant wishes to prosecute this appeal; and, if so,

(2)   whether appellant is presently

    (a) indigent, in which case the trial court should appoint new appellate counsel at no expense to appellant and establish a date by which counsel will file a brief, no later than 30 days from the appointment; or

    (b) not indigent, in which case the trial court should establish a date by which appellant shall retain new counsel.

TEX. CODE CRIM. PROC. arts. 1.051(d), 26.04; TEX. R. APP. P. 38.8(b)(2), (3), (4).

The trial court shall cause a supplemental clerk's record containing its findings and recommendations, including the name, address, telephone number, and State Bar number of any

---

\*      If appellant is incarcerated, at the trial court's discretion, appellant may participate in the hearing by closed-circuit video teleconferencing. Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant. On request of appellant, appellant and his counsel shall be able to communicate privately without being recorded or heard by the trial court or the attorney representing the State.

appointed counsel, and the reporter's record of the hearing to be filed in this Court **no later than June 1. 2020**. If the hearing is conducted by video teleconference, a certified video recording of the hearing shall be filed in this Court **no later than June 1, 2020**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record that complies with this order, and the reporter's record of the hearing, have been filed in this Court. The trial court coordinator shall set a hearing date and notify the parties and the Clerk of this Court of such date.

It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                                    Acting individually


Date:  April 28, 2020